IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., <br>                 Plaintiffs, <br> v. <br> HUGH HENRY CONSTRUCTION CO., <br>                 Defendant. | Case No. 17 cv 1262 <br> Judge Leinenweber |

## Motion to Reinstate and for Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to reinstate this case and enter judgment and in support state:

1. This is an ERISA trust fund case for delinquent contributions.

2. On March 30, 2017 this case was dismissed with leave to reinstate pursuant to the settlement of the parties. Exhibit A

3. On March 30, 2017, the Plaintiffs and Defendant entered into a settlement agreement, whereby the Defendant agreed to pay $71,705.70 in partial payments, Exhibit B, paragraph one. If the Defendant defaulted on the payments, the Plaintiffs retained the right to reinstate this case and enter judgment for the balance owed on the payment arrangement plus accrued interest, liquidated damages and attorney fees, paragraph four.

4. The Defendant defaulted on the Agreement by failing to make payments pursuant to the settlement agreement. The Defendant paid the first three payments totaling $53,779.28 but failed to pay the last payment of $17,926.42.

5. As a result of the default, the Defendant now owes the Plaintiff $41,028.76 which represents the balance of he agreeement plus the accrued interest, liquidated damages and attorney fees, see declarations, Exhibits B and C.

6. The Defendant submitted contribution reports for the period April 2017 through May 2017 but did not pay the contributions. The reports show that $18,662.88 is owed in ERISA contributions. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $1,187.38 for the period April 2017 through May 2017.

7. Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $1,009.43 for the period October 2016 through May 2017.

8. The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. §1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $55.58.

9. Additionally, the Defendant submitted a NSF check for $1,035.65 and the fund office is currently holding a payment of $2,073.58 in escrow.

10. The attorney fees incurred in the enforcement of the settlement process and breach are $3,225.00.

WHEREFORE, Plaintiffs pray that this case be reinstated and that judgment be entered against the Defendant in the amount of $41,028.76.

                Respectively submitted,

                s/ Daniel P. McAnally
                Attorney for Plaintiffs

McGann, Ketterman & Rioux
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700
dmcanally@wmklaborlaw.com